AO 91 (Rev. 08/09) Criminal Complaint

FILED
DEC 03 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

United States of America
v.

JEFFREY SUTTON
*Defendant(s)*

Case No. 21-mj-852-SH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2, 2021 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1151, 1152, and 113(a)(1) | Assault with Intent to Commit Murder in Indian Country |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI SA Casey J. Maxted

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Casey J. Maxted, FBI Special Agent
*Printed name and title*

Sworn to before me by phone.

Date: 12/3/21

[signature]
*Judge's signature*

City and state: Tulsa, OK

United States Magistrate Judge Susan Huntsman
*Printed name and title*

**Affidavit in Support of an Arrest Warrant**
**in the Northern District of Oklahoma**

I, Special Agent, Casey Maxted, being duly sworn under oath, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since April 2009. I am currently assigned to the Tulsa Resident Office of the FBI. As a result of my employment with FBI, my duties include, but are not limited to, the investigation and enforcement of Title 18, of the United States Code (U.S.C.).

2. As part of my duties as an FBI Agent, I investigate criminal violations relating to violent crimes, to include violations of Title 18 United States Code Sections 1151, 1152, and 113(a)(1) Assault with Intent to Commit Murder in Indian Country.

3. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as an Agent for the FBI. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. It is my belief that a non-Indian male known as Jeffrey Sutton, DOB xx-xx-1968; SSN xxx-xx-9775, has violated 18 U.S.C. §§ 1151, 1152, and 113(a)(1) Assault with Intent to Commit Murder in Indian Country. On or about December 2, 2021, Jeffrey Sutton did assault and attempt to murder Victim L.S., an Indian female, an enrolled member of the Muscogee (Creek) Nation, in the Northern District of

Oklahoma. The Assault with Intent to Commit Murder took place at 19310 South Yale Avenue, Mounds, Oklahoma, within the Northern District of Oklahoma, and within the boundaries of the Muscogee (Creek) Nation Indian Reservation, which is considered "Indian Country," as that term is defined under 18 U.S.C. § 1151.

**PROBABLE CAUSE**

5. On December 2, 2021, at approximately 2:59 pm, law enforcement officers arrived at 19310 South Yale Avenue, Mounds, Oklahoma, in response to a report of shots fired.

6. Tulsa County Sheriff's Office (TCSO) received a 911 call at approximately 2:50 p.m., regarding shots fired at the above location. Upon arrival TCSO and Bixby Police Department (BPD) officers encountered a white male, later identified as Jeffrey Sutton, approaching the driveway of the residence from the Southwest corner of the property. Officers observed Jeffrey Sutton in possession of a firearm. Officers instructed the subject, later identified as Jeffrey Sutton, DOB: xx-xx-1968, to drop the weapon. The subject was then taken into custody.

7. Jeffrey Sutton told the officers "the bitch was trying to kick me out."

8. Jeffrey Sutton is a resident of the house at 19310 South Yale Avenue, Mounds, Oklahoma.

9. Officers conducted a walkthrough of the property to determine if there were any individuals with injuries. As the officers approached the residence, multiple gunshot holes were visible on the outside structure of the residence. Once inside the residence, officers observed a bullet hole in the bathroom door. Officers also

observed a shotgun slug associated with this shooting incident, as well as other firearms and ammunition throughout the house.

10. Officers also observed White Chevrolet Silverado, Z71, Oklahoma License Plate DAJ134 with a VIN 3GCUKRKC3EG142431, parked in the driveway in front of the house. Inside the truck, officers observed through the truck window and in plain view what appeared to be an assault rifle with magazines.

11. TCSO and BPD officers determined the victim was located at the neighbor's residence located at 19318 Yale Avenue, Mounds, Oklahoma. Officers observed a female with a gunshot wound to her upper left chest. Victim L.S. subsequently advised Officers that she had been shot in the chest. The victim was identified as L.S. Victim L.S. is an enrolled member of the Creek Nation. Jeffrey Sutton is a non-Indian.

12. Victim L.S. advised the FBI that Jeffrey Sutton is co-owner of FatBoy Tactical in Mounds, OK. Victim L.S. advised officers that Jeffrey Sutton fired shots from inside and outside the residence as Jeffrey Sutton shouted racial slurs at the Victim. Victim L.S. believes she was shot in the front doorway of the residence. Jeffrey Sutton entered the residence with the firearm raised yelling "I'll kill you right here and all your people in Bixby," all after Jeffry Sutton arrived in at 19310 South Yale Avenue, Mounds, Oklahoma in the white Chevrolet Silverado that was parked in the driveway.

13. Victim L.S. ran to the neighbor's residence seeking safety. Jeffrey Sutton followed and told the neighbors "I don't want to shoot you; I want to shoot her."

The Victim and neighbor hid upstairs until Jeffrey Sutton was detained. Victim L.S. and Jeffrey Sutton are believed to have been in dating relationship, and Victim L.S. was attempting to move out of the residence 19310 South Yale Avenue, Mounds.

14. On December 2, 2021, a federal search warrant was executed at 19310 South Yale Avenue, Mounds, Oklahoma. Law enforcement officers located a 9mm, FN5-9C, serial number CSV0002798, handgun believed to have been used on the attempted homicide. The firearm was in the hand of Jeffrey Sutton when he was detained by law enforcement officers. The handgun was contained a 17-round magazine. When officers conducted a safety check, there were no rounds of ammunition remaining in the handgun or magazine.

15. Law enforcement officers also collected (8) 9mm Luger Federal shell casings from the area where LMS reported the subject fired the handgun at LMS.

16. Law enforcement officers collected projectile fragments from the front door from of the residence.

17. Law enforcement officers collected bullet fragments from a closet that travelled through and interior wall and into the closet.

## CONCLUSION

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Jeffrey Sutton has violated 18 U.S.C. §§ 1151, 1152, and 113(a)(1) Assault with Intent to Commit Murder in Indian Country.

Respectfully submitted,

Casey J. Maxted, Special Agent
Federal Bureau of Investigation

Subscribed and sworn via phone on the 3rd day of December, 2021.

SUSAN E. HUNTSMAN
UNITED STATES MAGISTRATE JUDGE